**CHRISTOPHER BRENNER, P.C.**
ATTORNEYS

1155 Kelly Johnson Blvd., Suite 111
Colorado Springs, CO 80919 USA
T 719.277.6638
F 719.277.6639
cbrenner3235@gmail.com

April 16, 2012

Fundamentum Capital Solutions, LLC          By email: mekinney@fundamentumcapital.com
Attn: Michael Kinney
6700 Woodlands Parkway, Suite 230
The Woodlands, TX 77382

Nicolas Schiffer          By email: schiffer.nicolas@gmail.com
Shulstrasse 45
Paderborn 33102, Germany

Steve Lanning          By email: lanningss@cs.com
4085 SW Royale Court
Lee Summit, MO 64082

Re: FCS Transaction No. ███████ 2-92

**TRANSFER NOTIFICATION**

Gentlemen:

The purpose of this letter is to notify you that escrow funds held for the above-referenced transaction have been transferred to our investment account for the purpose of acquiring the securities necessary to fund and collateralize the subject loan. All such securities will be acquired and held in the name of this firm. Additionally, an entry will be made in our ledgers reflecting the specific securities that apply to your loan transaction.

If you have any questions, please contact me.

Very truly yours,

CHRISTOPHER BRENNER, P.C.

By: _____
    Christopher K. Brenner

**CHRISTOPHER BRENNER, P.C.**
ATTORNEYS

1155 Kelly Johnson Blvd., Suite 111
Colorado Springs, CO 80919 USA
T 719.277.6638
F 719.277.6639
cbrenner3235@gmail.com

April 16, 2012

Fundamentum Capital Solutions, LLC        By email: mekinney@fundamentumcapital.com
Attn: Michael Kinney
6700 Woodlands Parkway, Suite 230
The Woodlands, TX 77382

Hinas Yasin        By email: bestbuildersco@gmail.com
102 Townsend Drive
Weimar, TX 78968

Re: FCS Transaction No. ███████11-20

**TRANSFER NOTIFICATION**

Gentlemen:

The purpose of this letter is to notify you that escrow funds held for the above-referenced transaction have been transferred to our investment account for the purpose of acquiring the securities necessary to fund and collateralize the subject loan. All such securities will be acquired and held in the name of this firm. Additionally, an entry will be made in our ledgers reflecting the specific securities that apply to your loan transaction.

If you have any questions, please contact me.

Very truly yours,

CHRISTOPHER BRENNER, P.C.

By: _____
Christopher K. Brenner